**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**LUIS RIVERA,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　Case No. 6:09-cv-807-Orl-22GJK

**MCDONALD'S CORPORATION,**

        **Defendant.**
_____

## ORDER

This cause is before the Court on Defendant's Motion to Dismiss the Complaint (Doc. No. 3) filed on May 13, 2009.

The United States Magistrate Judge has submitted a report recommending that the Motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed July 16, 2009 (Doc. No. 14) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendant's Motion to Dismiss the Complaint (Doc. No. 3) is **DENIED**.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on August 3, 2009.

Copies furnished to:

Counsel of Record

                                                    ANNE C. CONWAY
                                                    United States District Judge