# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LUIS RIVERA,**

        **Plaintiff,**

-vs-                                      **Case No. 6:09-cv-807-Orl-22GJK**

**MCDONALD'S CORPORATION,**

        **Defendant.**
_____

## ORDER

This cause is before the Court on the Joint Motion for Approval of Settlement (Doc. No. 26) filed on November 13, 2009.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted.

After an independent *de novo* review of the record in this matter, and noting that the parties filed a Joint Notice of Non-Objection to the Report and Recommendation (Doc. No. 29), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed January 7, 2010 (Doc. No. 28) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion for Approval of Settlement (Doc. No. 26) is **GRANTED** to the extent that the Court finds the parties' settlement is fair and reasonable.

3. Plaintiff's Request for Fairness Hearing (Doc. No. 27) is denied as moot.

4. This case is **DISMISSED WITH PREJUDICE**.

5. The Clerk is directed to **CLOSE** the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on January 13, 2010.

Copies furnished to:

Counsel of Record

ANNE C. CONWAY
United States District Judge